IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS LOCAL UNION NO. 30, a/w THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 2: 12-cv-0425 |
| v. | ) ) | |
| LATROBE REGIONAL HEALTH & REHAB CENTER, INC., | ) ) ) ) | |
| Defendant. | | |

**ORDER FOR JUDGMENT AND INJUNCTIVE RELIEF**

Motion for Default Judgment brought by the Plaintiff in the above-captioned action was submitted to the Court and subsequently filed with the Clerk. The Court, having duly heard all issues and a decision having been duly rendered, and with no party having formally objected, it is **ORDERED** as follows:

1. Defendant, Latrobe Regional Health & Rehab Center, Inc., has failed to plead or otherwise defend as provide by Rule 55(a) of the Federal Rules of Civil Procedure.

2. Defendant has violated the Labor-Management Relations Act of 1947, as amended, 29 U.S.C. § 185 by refusing to process the grievances attached to the Complaint to arbitration in accordance with the Collective Bargaining Agreement.

It is hereby **ORDERED**:

a. That defendant Latrobe Regional Health & Rehab Center, Inc., proceed to arbitration forthwith with respect to the grievances attached to plaintiff's Complaint; and

    b.    That defendant pay the costs of this action.

So **ORDERED** this 9th day of July, 2012.

                                                BY THE COURT:

                                                <u>s/ Terrence F. McVerry</u>
                                                United States District Court Judge

cc:    Ernest B. Orsatti, Esquire
        Jubelirer, Pass & Intrieri
        Email: ebo@jpilaw.com